IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AGAVE LOCO LLC, an Illinois limited liability company, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Case No: 1:12-CV-09698 |
| SAZERAC COMPANY, INC., a Louisiana corporation, and SAZERAC NORTH AMERICA, INC., a Delaware corporation, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF MOTION

Please take notice that on Tuesday, August 20, 2013 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman or any judge sitting in his stead, in Courtroom 1219 or any other courtroom occupied by him, and shall then and there present PLAINTIFF AGAVE LOCO LLC'S MOTION TO WITHDRAW BREIGHANNE AILEEN EGGERT AS COUNSEL OF RECORD FOR PLAINTIFF, a copy of which is hereby served upon you. The motion is unopposed.

Dated: August 15, 2013

By: s/ Floyd A. Mandell
Floyd A. Mandell (#1747681)
Thomas J. Maas (#6293270)
Carolyn M. Passen (#6283537)
Julia L. Kasper (#6309387)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record in this case, certifies that on today's date, I caused a copy of the foregoing to be filed via the Court's ECF filing system, whereupon all counsel of record was served.

Dated:  August 15, 2013                                s/ Floyd A. Mandell